## MAURICE COHEN *v.* STATE OF MARYLAND

[No. 50, October Term, 1940.]

*Decided December 18th, 1940.*

*Ellis Peregoff* for the appellant.

Θ *Robert E. Clapp, Jr., Assistant Attorney General* with whom were *William C. Walsh, Attorney General* and *J. Bernard Wells, State's Attorney* and *Stewart Lee Smith Assistant State's Attorney* on the brief, for the appellee.

The cause was argued before BOND, C. J., PARKE, SLOAN, MITCHELL, JOHNSON, and DELAPLAINE, JJ.

BOND, C. J., delivered the opinion of the Court.